UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

COLLIS NATHANIEL HOWE,

Petitioner,

v.

DEVERY MOONEYHAM, in his official capacity as the Warden of Limestone County Detention Facility, et al.,

Defendant.

No. 6:26-CV-042-CRW

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dan N. MacLemore. Dkt. No. 6. The report and recommendation evaluates Howe's petition for writ of habeas corpus (Dkt. No. 1). Judge MacLemore issued the report and recommendation on September 17, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed

Judge MacLemore's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the report and recommendations of the United States Magistrate Judge (Dkt. No. 4) is **ADOPTED**.

**IT IS THEREFORE ORDERED** that Howe's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED** without prejudice to refiling with proper documentation.

**IT IS SO ORDERED.**

**SIGNED** on September 29, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE